In the Matter of HERBERT R. EBENSTEIN, Appellant, against LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Respondent.

Argued October 4, 1937; decided October 19, 1937.

*Samuel R. Gerstein* and *Abraham W. Sereysky* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Paul R. Taylor* and *Henry Epstein* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.